IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Garza, Estela M | Case Number: 08 B 12747 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 01/06/09 | Filed: 5/19/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 17, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 2. | Credit Acceptance Corp | Secured | 4,000.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 18,000.00 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 202.22 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 560.86 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 123.11 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 52.19 | 0.00 |
| 8. | Credit Acceptance Corp | Unsecured | 467.07 | 0.00 |
| 9. | Midwest Physician Group | Unsecured | 170.30 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 61.26 | 0.00 |
| 11. | Lake Imaging LLC | Unsecured | 4.10 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 35.76 | 0.00 |
| 13. | Wachovia Bank | Secured | | No Claim Filed |
| 14. | Associated St James Radiologis | Unsecured | | No Claim Filed |
| 15. | C B Accounts Inc | Unsecured | | No Claim Filed |
| 16. | Bank Of America | Unsecured | | No Claim Filed |
| 17. | AT&T | Unsecured | | No Claim Filed |
| 18. | Gerardi Funeral Home Ltd | Unsecured | | No Claim Filed |
| 19. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 20. | Consultants In Pathology | Unsecured | | No Claim Filed |
| 21. | Mutl H Clctn | Unsecured | | No Claim Filed |
| 22. | IQ Tel | Unsecured | | No Claim Filed |
| 23. | St James Hospital | Unsecured | | No Claim Filed |
| 24. | U S Cellular | Unsecured | | No Claim Filed |
| 25. | TCF Bank | Unsecured | | No Claim Filed |
| 26. | Direct Tv | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Garza, Estela M | Case Number: 08 B 12747 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 01/06/09 | Filed: 5/19/08 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| | | $ 23,676.87 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: